In the Matter of CLIFFORD DUNNING, Petitioner, v. CHARLES L. PATTERSON et al., Constituting the New York City Transit Authority, et al., Respondents.— Under all the circumstances shown, the punishment of dismissal imposed upon petitioner, who had been employed in the transit system more than 31 years, was too drastic. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

In the Matter of HERMINIA FIGUEROA, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

In the Matter of PAUL M. GREENE, Respondent, v. GEORGE STENGEL et al., Constituting the Suffolk County Civil Service Commission et al., Appellants, and ARTHUR M. CROMARTY, et al., Constituting the Board of Supervisors of the County of Suffolk, Respondents.— No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

In the Matter of ROBERT G. HUDSON, Appellant, v. TOWN BOARD OF THE TOWN OF HUNTINGTON et al., Respondents.— No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.